# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN VALLEY INSURANCE AUTHORITY, a joint powers authority,<br><br>Plaintiff,<br><br>v.<br><br>GALLAGHER BENEFIT SERVICES, INC., a Delaware corporation; and Does 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:17-CV-00861-LJO-EPG<br>Judge: Hon. Erica P. Grosjean,<br>U.S. Magistrate Judge<br><br>**ORDER GRANTING STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |

83197.00001\30006622.1

1:17-CV-00861-LJO-EPG
[PROPOSED] ORDER

# **ORDER**

The Court, having reviewed the parties' accompanying Stipulation to Continue Mandatory Scheduling Conference ("Stipulation"), and for good cause shown therein, hereby GRANTS the Stipulation and orders that the Scheduling Conference be continued to September 27, 2017 at 10:00 a.m., with all corresponding deadlines regarding the scheduling of a meeting of counsel and submitting a joint report based thereon accordingly continued as well.

IT IS SO ORDERED.

Dated: **August 3, 2017**         /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE