**KENNETH D. WATNICK (Bar No. 150936)**
  kdw@amclaw.com
**THOMAS J. KEARNEY (Bar No. 150202)**
  tjk@amclaw.com
**ANDERSON, McPHARLIN & CONNERS LLP**
**707 Wilshire Boulevard**
**Suite 4000**
**Los Angeles, California 90017-3623**
**TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594**

**Attorneys for Defendant GALLAGHER BENEFIT SERVICES, INC.**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SAN JOAQUIN VALLEY INSURANCE AUTHORITY, a joint powers authority, <br><br> Plaintiff, <br><br> vs. <br><br> GALLAGHER BENEFIT SERVICES, INC., a Delaware corporation; and Does 1 through 20, inclusive, <br><br> Defendants. | Case No. 1:17-CV-00861-LJO-EPG <br><br> **ORDER ON STIPULATION TO PERMIT FILING OF AMENDED ANSWER** <br><br> (ECF No. 9) |

On August 30, 2017, Defendant filed a Stipulation to Permit Filing of Amended Answer. (ECF No. 9.) The stipulation was signed by all parties to this action. Based on the stipulation of the parties, it is hereby ordered that Defendant Gallagher Benefit Services, Inc. is granted leave to file an amended answer.

IT IS SO ORDERED.

Dated: __**September 1, 2017**__         /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE