# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN VALLEY INSURANCE AUTHORITY, a joint powers authority,<br><br>Plaintiff,<br><br>v.<br><br>GALLAGHER BENEFIT SERVICES, INC., a Delaware corporation; and Does 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:17-CV-00861-EPG<br><br>**ORDER REGARDING STATUS CONFERENCE OF MAY 23, 2018** |

On May 23, 2018, the Court conducted a telephonic status hearing regarding various discovery matters. (ECF No. 31). Lauren Strickroth appeared on behalf of Plaintiff San Joaquin Valley Insurance Authority ("SJVIA"). Kenneth Watnick appeared on behalf of Defendant Gallagher Benefit Services, Inc. ("Gallagher"). After considering the applicable law and the arguments of the parties, the Court hereby orders as follows regarding Gallagher's search for electronic discovery ("ESI"):

   a. Gallagher shall perform an ESI search of the accounts of: (1) Michelle Mills, (2) Leroy Tucker, (3) Mark Tucker, (4) John McCue, (5) Alan Thaxter, and (6) Heather Martinez for the following terms: "SJVIA," "Joaquin," "Nerland," "Sjostrom," "Bordan" (CY 2015 only) , "Darm" (CY 2015 only), "AON" (CY 2015 only), "Risk Based Capital" (with quotation marks), "Rate stabilization" (with quotation marks), and Keenan (CY 2015 only). For the accounts of Michelle Mills and Mark Tucker, Gallagher shall also perform an ESI search for

"reserve calculation methodology" and "NAIC and reserve."

        b.     Gallagher shall perform an ESI search of the accounts of Glenn Volk and Michael Skinner for the following search terms: "SJVIA," "Joaquin," "Nerland," "Sjostrom," @co.tulare.us, and @co.fresno.us.

        c.     SJVIA shall perform a further ESI search for the following terms: "Bordan" (CY 2015 only), "Darm" (CY 2015 only), "AON" (CY 2015 only), "Risk Based Capital" (with quotation marks), "Rate stabilization" (with quotation marks), and Keenan (CY 2015 only).

    2.     SJVIA's request that Gallagher produce a corporate designee for deposition on May 29, 2018 is denied. Depositions will proceed after the ESI productions.

IT IS SO ORDERED.

Dated: **May 29, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE