# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN VALLEY INSURANCE AUTHORITY, a joint powers authority,<br><br>Plaintiff,<br><br>v.<br><br>GALLAGHER BENEFIT SERVICES, INC., a Delaware corporation; and Does 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:17-cv-00861-EPG<br><br>**ORDER MODIFYING SCHEDULING ORDER** |

On June 28, 2018, the Court conducted a telephonic status conference in this action. (ECF No. 36). Richard T. Egger appeared on behalf of San Joaquin Valley Insurance Authority, and Kenneth Watnick appeared on behalf of Gallagher Benefit Services, Inc. In consideration of the party's status reports, (ECF Nos. 34, 35), and the discussion on the record, the Scheduling Order in this action, (ECF No. 18), is modified as follows:

| | |
|---|---|
| Non-Expert Discovery Cutoff: | March 15, 2019 |
| Expert Disclosure Deadline: | April 15, 2019 |
| Rebuttal Expert Disclosure Deadline: | May 16, 2019 |
| Expert Discovery Cutoff: | June 16, 2019 |
| Mid-Status Discovery Conference: | January 9, 2019 at 10:00 am |
| Dispositive Motion Filing Deadline: | August 16, 2019 |

1

Pretrial Conference: December 5, 2019 at 11:00 am

Jury Trial: February 4, 2020 at 8:30 am

The parties shall meet and confer concerning the potential for participation in and projected date for completion of any alternative dispute resolution.

IT IS SO ORDERED.

Dated: **June 29, 2018**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE