# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN VALLEY INSURANCE AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>GALLAGHER BENEFIT SERVICES, INC.,<br><br>Defendant. | Case No.   1:17-cv-00861-EPG<br><br>ORDER RE: NOTICE OF TENTATIVE SETTLEMENT<br><br>(ECF No. 170) |

This matter is before the Court on the Plaintiff's notice of tentative settlement, which advises that the parties "have reached a tentative settlement, subject to approval and drafting of definitive documents, that will result in a dismissal with prejudice of the entire action." (ECF No. 170). Plaintiff requests that the Court vacate the current trial date of March 9, 2022, and set a status conference for a date convenient to the Court's calendar, advising that sixty days should be sufficient for approval and completion of the tentative settlement.

Based upon the notice of tentative settlement, the Court will vacate all pending deadlines/dates and set a deadline for the parties to file an appropriate dispositional document to close this action. The Court concludes it is unnecessary to set a status conference at this time.

Accordingly, IT IS ORDERED as follows:

1. All currently pending deadlines/dates are vacated, including the telephonic status conference set for January 19, 2022, and the trial date set for March 9, 2022. (*See* ECF

No. 166).

2. No later than March 14, 2022, the parties shall file an appropriate dispositional document to close this action.

IT IS SO ORDERED.

Dated:  **January 11, 2022**         /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE