UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN VALLEY INSURANCE AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>GALLAGHER BENEFIT SERVICES, INC.,<br><br>Defendant. | Case No.   1:17-cv-00861-EPG<br><br>ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>(ECF No. 173) |

On March 17, 2022, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF No. 173). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 18, 2022**                              /s/ Erica P. Grosjean
                                                                            UNITED STATES MAGISTRATE JUDGE

1